UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**CAROL S. MEALS**,                          Civil Case No. 3:14-CV-00678-KI

        Plaintiff,

                                      JUDGMENT

               v.

**COMMISSIONER SOCIAL SECURITY ADMINISTRATION**,

        Defendant.

      Robyn M. Rebers
      Robyn M. Rebers LLC
      P. O. Box 3530
      Wilsonville, Oregon  97070

           Attorney for Plaintiff

      S. Amanda Marshall
      United States Attorney
      District of Oregon

Page 1 - JUDGMENT

Ronald K. Silver
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204-2902

Lisa Goldoftas
Social Security Administration
Office of General Counsel
701 Fifth Avenue, Suite 2900
Seattle, Washington  98104

    Attorneys for Defendant

KING, Judge:

Based on the record,

The decision of the Commissioner is hereby AFFIRMED.

Dated this ___24th___ day of March, 2015.

        /s/ Garr M. King
        Garr M. King
        United States District Judge